# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| SANTIAGO MONTOYA-VENEGAS | CASE NUMBER: 3:08-mj-1171-MCR |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about June 5, 2008, in Jacksonville, Florida, Duval County, in the Middle District of Florida, defendant(s) did,

> Knowingly possess a forged, counterfeited, altered, or falsely made permanent resident card

in violation of Title 18, United States Code, Section(s) 1546.  I further state that I am a(n) Special Agent with Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Donald Wells

Sworn to before me and subscribed in my presence,

6/9/08 @ 3:25p.m.       at       Jacksonville, Florida

United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

<u>CRIMINAL COMPLAINT AFFIDAVIT</u>

Your affiant, Donald Wells, being a duly sworn and appointed Special Agent (SA) of the United States Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service, and the United States Customs Service, hereby makes the following statement in support of the attached criminal complaint.

1. On June 5, 2008, at approximately 12:30 p.m., your affiant received a phone call from Lieutenant Stewart Henley at build A-48 at Naval Station (NS) Mayport stating that a Mexican national was attempting to gain access to the base using a Form I-551, Permanent Resident Card. Your affiant asked Lt. Henley for the information from the Form I-551. Lt. Henley stated the following:

   a. That the name on the card read "Santiago MONTOYA-VENEGAS."

   b. That the Date of Birth (DOB) read "May 25, 1960."

   c. That the Alien Registration Number (A-number) read A 098 854 569.

   d. That the card indicated that it was issued on March 17, 2003.

2. On June 5, 2008, at approximately 12:45 p.m., your affiant called the ICE Law Enforcement Support Center (LESC) and asked the duty agent to run a computer check in the Central Index System (CIS) using the A number A 098 854 569 and the name Santiago MONTOYA-VENEGAS with the DOB of May 25, 1960. CIS is an immigration database that holds the data of every alien who has ever been assigned an A-number. CIS revealed the following:

   a. That the A-number A098 854 569 belonged to a Mexican citizen who had previously been deported.

   b. That A-number A098 854 569 did not belong to Santiago MONTOYA-

VENEGAS.

    c. That no A-number had ever been issued to a person named Santiago MONTOYA-VENEGAS with DOB of May 25, 1960.

3. On June 5, 2008, your affiant called Lt. Henley at NS Mayport and asked him to detain Mr. MONTOYA-VENEGAS.

4. On June 5, 2008, at approximately 1:30 p.m., your affiant arrived at NS Mayport and encountered Mr. MONTOYA-VENEGAS at building A-48. Your affiant identified himself as an immigration officer and asked Mr. MONTOYA-VENEGAS questions in the Spanish language to find out his immigration status. Mr. MONTOYA-VENEGAS stated that he was from Mexico, that he had been in the United States for three years and that he was in the United States illegally.

5. On June 5, 2008, Mr. MONTOYA-VENEGAS was placed under administrative arrest and transported to the ICE office in Jacksonville, Florida for administrative processing.

6. On June 5, 2008, at approximately 2:30 p.m., Special Agent Jennifer Roman, a bi-lingual speaker, advised Mr. MONTOYA-VENEGAS of his Miranda rights in the Spanish language and asked if he was willing to talk without his attorney present. Mr. MONTOYA-VENEGAS agreed to talk without his attorney present and stated the following:

    a. That he is a citizen of Mexico.

    b. That he entered the United States by the Nogales, Arizona border in August 2005.

    c. That his Permanent Resident Card was false.

    d. That he purchased the card from an unknown man on the street in Atlanta, Georgia so he could work.

7. Based upon the foregoing facts, your affiant believes there is probable cause to

establish that Santiago MONTOYA-VENEGAS knowingly possessed a forged, counterfeited, altered, or falsely made resident alien card, knowing it to be forged, counterfeited, altered, or falsely made, in violation of Title 18, United States Code, Section 1546.

_____
Donald Wells, Special Agent
U.S. Immigration and Customs Enforcement
Jacksonville, Florida