UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:08-cr-226-J-32MCR
18 U.S.C. §1546(a)

SANTIAGO MONTOYA-VENEGAS

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 5, 2008, in Duval County, in the Middle District of Florida,

SANTIAGO MONTOYA-VENEGAS

the defendant herein, did knowingly, possess, obtain, accept and receive a forged, altered, or falsely made resident alien card, well knowing that the resident alien card was forged, counterfeited, altered or falsely made.

In violation of Title 18, United States Code, Section 1546(a).

ROBERT E. O'NEILL
United States Attorney

By: _____
Ronald D. DeSantis
Special Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division