UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

$226. J. J2 MCR$

v.                                        Case No. 3:08-cr-mj-1171-MCR

SANTIAGO MONTOYA-VENEGAS

## GOVERNMENT'S NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

COMES NOW the United States of America, by and through its

undersigned Assistant United States Attorney, stating as follows:

### A.     MAXIMUM PENALTIES

The defendant has expressed a desire to enter a plea of guilty to the

offense charged in Count One of the Information. Count One charges the defendant

with knowing possession of a fraudulent permanent resident alien card, in violation of

Title 18, United States Code, Section 1546. The maximum penalties for Count One are

a term of imprisonment of up to ten (10) years, a fine of up to $250,000, or both, a term

of supervised release of up to three (3) years, and a special assessment of $50 per

felony count for offenses committed prior to April 24, 1996, $100 per felony count

thereafter; for organizations the amounts are $200 and $400 respectively, said special

assessments to be due on the date of sentencing.

### B.     ELEMENTS OF THE OFFENSE

The elements of an offense in violation of Title 18, United States Code,

Section 1546 are:

| First: | That the Defendant knowingly possessed a permanent resident card required as evidence of authorized stay or employment in the United States; and |
| --- | --- |
| Second: | That in do doing the Defendant acted willfully and with knowledge that such permanent resident card had been forged, counterfeited, altered, of falsely made. |

## C.   PERSONALIZATION OF ELEMENTS

1.   Do you admit that on or about June 5, 2008, while attempting to gain access to Naval Station Mayport, Florida, you knowingly possessed a permanent resident card, a Form I-551, which is required as evidence of authorized stay or employment in the United States?

2.   Do you admit that you acted willfully and with knowledge that such permanent resident card had been forged, counterfeited, altered or falsely made?

## D.   FACTUAL BASIS

### 1.   Purpose

The following facts are set forth to aid the Court in making an inquiry to satisfy it that there is a factual basis for the plea of guilty in accordance with Rule 11(f), Fed. R. Crim. P. The government reserves its right to provide all relevant information concerning the defendant and the offense committed to the Probation Office and the Court for sentencing purposes.

### 2.   Facts

On June 5, 2008, Santiago MONTOYA-VENEGAS attempted to gain access to Naval Station (NS) Mayport using a Form I-551, Permanent Resident Card. The Form I-551 contained the following information: name listed as "Santiago MONTOYA-VENEGAS.," date of birth listed as "May 25, 1960," Alien Registration

2

Number listed as "A 098 854 569," and issue date listed as "March 17, 2003."

However, the Alien Registration Number listed on the card did not belong to

MONTOYA-VENEGAS but instead belonged to a Mexican national who had previously

been deported from the United States. In fact, MONTOYA-VENEGAS has never been

legitimately issued an Alien Registration Number and has been illegally residing and

working in the United States since he illegally crossed the U.S.-Mexico border at or near

Nogales, Arizona in August 2005.

The Form I-551, Permanent Resident Card, that MONTOYA-VENEGAS

possessed and used while attempting to gain entry to NS Mayport was falsely made

and not in any way an authentic U.S. Government identification card. Indeed,

MONTOYA-VENEGAS purchased the card from an unknown man on the street at or

near Atlanta, Georgia so that he could gain employment in the United States.

Respectfully submitted

ROBERT E. O'NEILL
United States Attorney

By:     *s/ Ronald D. DeSantis*
        RONALD D. DESANTIS
        Special Assistant United States Attorney
        FL Bar Number 0015976
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:   (904) 301-6300
        Facsimile:     (904) 301-6310
        E-mail:        ron.desantis@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I filed the foregoing in open Court and

provided a copy to the following:

Maurice Grant, Esquire (Defense Counsel)


*s/ Ronald D. DeSantis*
RONALD D. DESANTIS
Special Assistant United States Attorney
FL Bar Number 0015976
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:      ron.desantis@usdoj.gov